# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

May 23, 2025

CL-2024-0682

M.C.C. a/k/a T.M.C. v. A.J.T., Sr. (Appeal from Montgomery Circuit Court: DR-13-41.10).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards and Hanson, JJ., concur.

Seth P. Rhodebeck, Clerk